JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYNA R. CATCHINGS, | NO. CV 22-2812-DSF (AGR) |
| Plaintiff, | |
| v. | JUDGMENT |
| ST. BARNABAS SENIOR SERVICES, et al., | |
| Defendants. | |

Pursuant to the Order Dismissing First Amended Complaint,

IT IS ADJUDGED that the federal claims are dismissed with prejudice, the state claims are dismissed without prejudice and this action is dismissed in its entirety.

DATED: April 23, 2024

DALE S. FISCHER
United States District Judge